154 A.3d 167

OCEANFRONT INVESTMENTS, LLC, PLAINTIFF-RESPONDENT, v. PHILOMENAS, LLC, AND THOMAS M. ZUCCHETTI, DEFENDANTS-PETITIONERS.

October 7, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000988-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

154 A.3d 168

KRISHNA RAMINENI, PLAINTIFF-RESPONDENT, v. KANCHAN RAMINENI (N/K/A KANCHAN DESHMANYA), DEFENDANT-PETITIONER.

October 7, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-5545/5546-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.